## JACKSON v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

EVANS, J.—No bill of exceptions, no error of record.   Affirmed.

## JOHNSON v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on authority of *Tice v. State, infra,* 70 South. 967.

## JONES v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, no error of record.   Affirmed.

## KEY v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.